IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KEITH RUSSELL JUDD,<br><br>Petitioner,<br><br>vs.<br><br>SECRETARY OF STATE OF IOWA;<br>STATE OF IOWA,<br><br>Respondents. | No. 4:11-CV-00253-JAJ<br><br><br>**ORDER DENYING<br>MOTION TO RECONSIDER** |

Plaintiff is an inmate of the Federal Correctional Institution in Texarkana, Texas. He brought this action under 42 U.S.C. § 1983, requesting injunctive relief to have his name added to the 2012 Presidential Primary Election Ballot as a Democratic Candidate for President of the United States of America. The Court determined Plaintiff had three or more civil actions or appeals dismissed as frivolous, and as such, was barred from bringing a civil action without prepayment of fees "unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). Plaintiff did not show he was in imminent danger of serious physical injury, and the case was dismissed. His appeal was dismissed for failure to prosecute. Judd v. Secretary of the State of Iowa, No. 11-3438 (8th Cir. January 3, 2012).

Plaintiff now moves for relief from judgment, requesting the restoration of the right to vote for felons (released or incarcerated) and to remove President Barack Obama from the 2012 Presidential ballot.

Under Federal Rule of Civil Procedure 60(b), the court may relieve a party from a final judgment for mistake, inadvertence, newly discovered evidence, fraud, void judgment,

satisfaction of judgment, or any other reason that justifies relief.  Plaintiff does not specify the reason for seeking relief from judgment, and neither is the court able to identify any meritorious basis for granting relief from judgment.

The motion [ECF No. 16] is denied.

**IT IS SO ORDERED**.

**DATED** this 3rd day of August, 2012.

_____
JOHN A. JARVEY
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF IOWA